IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JAMES JOHN BLEAU, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 05-042-S-MHW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TOM BEAUCLAIR, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

All parties have consented to a United States Magistrate Judge entering final judgment in this matter, in accordance with 28 U.S.C. § 636(c).

Therefore, based upon the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED with prejudice.

DATED:  **August 14, 2007**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment - 1**